No. 454. AGUILAR *v.* STANDARD OIL Co. OF NEW JERSEY. November 16, 1942. Petition for writ of certiorari to the

Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Mr. George J. Engelman* for petitioner. *Mr. Vernon S. Jones* for respondent.